Matthew Singer
SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125
Facsimile: (503) 796-2900

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANTANDER CONSUMER USA INC.,<br><br>Plaintiff,<br><br>v.<br><br>DRIVE.CAR LLC and CARRIGAN GRIGSBY,<br><br>Defendants. | Case No.: 3:23-cv-00288-HRH<br><br>**COMPLAINT**<br><br>JURY TRIAL DEMANDED |

Plaintiff Santander Consumer USA Inc. d/b/a Drive Financial Services, LP ("Plaintiff"), by its attorneys, for its complaint against defendants drive.car LLC and Carrigan Grigsby (collectively "Defendants"), alleges as follows:

**NATURE OF THE ACTION**

1. This is a civil action for trademark infringement, unfair competition, deceptive trade practices, and related claims under Federal and Alaska State law resulting from Defendants' willful, knowing, and persistent infringement based on its use of the DRIVE trademark in connection with auto financing and sales.

PDX\141948\282183\MSI\40920844.2

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:23-cv-00288-HRH   Document 1   Filed 12/21/23   Page 1 of 14

2. Plaintiff brings this action under the United States Trademark Act (Lanham Act of 1946), 15 U.S.C. § 1051 *et seq*., as well as common law unfair competition and dilution under Alaska Stat. § 45.50.471 to protect the reputation and integrity of its DRIVE marks, and to ensure that the public is not confused, deceived, or misled into purchasing Defendants' products and services bearing the DRIVE marks. Plaintiff seeks permanent injunctive relief and the recovery of actual damages, Defendants' profits, statutory damages, attorney fees, and other relief more fully set forth herein.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over the subject matter of this action pursuant to Section 39 of the Lanham Act, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331, 1332 and 1338, and has supplemental jurisdiction over all state law claims under 28 U.S.C. § 1367(a).

4. Defendant drive.car LLC is subject to personal jurisdiction of this Court because it is registered to do business in Alaska, and *inter alia*, (i) promotes, supplies, offers, and provides its goods and services in Alaska, (ii) transacts business within Alaska, (iii) engages in a persistent course of infringing conduct in Alaska, and (iv) expects, or should expect, its acts to have legal consequences within Alaska.

5. Defendant Carrigan Grigsby is subject to personal jurisdiction of this Court because (i) he is a resident of the state of Alaska, and (ii) he expects, or should expect, his acts to have legal consequences within Alaska.

COMPLAINT
*SANTANDER CONSUMER USA INC. V. DRIVE.CAR LLC, ET AL.*
CASE NO. 3:23-CV-00288-HRH – PAGE 2 OF 14

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:23-cv-00288-HRH   Document 1   Filed 12/21/23   Page 2 of 14

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because, *inter alia*, (i) Defendants are subject to personal jurisdiction in this civil action in this District, (ii) Defendants have promoted and continue to promote, supply, offer, provide, and sell products and services in this District, (iii) Defendants have directed advertising and the provision of products and services in this District, and (iv) a substantial part of the events and omissions giving rise to Plaintiff's claims occurred, and continue to occur, in this District.

## PARTIES

7. Plaintiff Santander Consumer USA Inc. d/b/a Drive Financial Services, LP, is an Illinois corporation with a principal place of business at 1601 Elm Street, Suite 800, Dallas, Texas 75201. Plaintiff offers a wide range of financial services, including services relating to automobile loans, conducts business in this District, and has provided products and services in this District for decades.

8. Upon information and belief, defendant drive.car LLC ("Drive.car") is a limited liability company organized and existing under the laws of the State of Alaska with a principal place of business at 6607 Old Seward Hwy, Anchorage, Alaska 99518, and is registered to do business in Alaska as a domestic limited liability company. As set forth herein, Defendants promote, supply, offer, and provide products and services infringing Plaintiff's DRIVE Marks in this District.

9. Upon information and belief, defendant Carrigan Grigsby, an individual and Managing Member of defendant Drive.car, is a resident of the state of Alaska and

COMPLAINT
*SANTANDER CONSUMER USA INC. V. DRIVE.CAR LLC, ET AL.*
CASE NO. 3:23-CV-00288-HRH – PAGE 3 OF 14

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:23-cv-00288-HRH   Document 1   Filed 12/21/23   Page 3 of 14

has personally participated in and has willfully and knowingly directed the wrongful acts of Drive.car, complained herein, and such wrongful acts have been and are engaged in for the benefit of Drive.car and for his own individual gain and benefit.

**PLAINTIFF'S DRIVE TRADEMARKS**

10. For almost 30 years, Plaintiff and its predecessors-in-interest have offered auto financing and related services under the DRIVE marks throughout the United States (the "Drive Marks"). Plaintiff owns nationwide common law trademark rights in the Drive Marks by virtue of its use of the Drive Marks throughout the United States. Plaintiff established common law rights in the Drive Marks prior to any date of first use or priority upon which Defendants can rely in relation to its use of the DRIVE trademark.

11. Plaintiff owns U.S. Trademark Registration No. 3081262 DRIVE and U.S. Trademark Registration No. 3081414 DRIVE FINANCIAL SERVICES each for "Financial services, namely, originating loans, purchasing loans, and servicing auto loans" in International Class 36. A current print-out of information from the electronic database of records of the United States Patent and Trademark Office showing the Certificates of Registration and the current status and title of these registrations is attached as **Exhibit 1**.

12. Plaintiff has undertaken very successful efforts to build goodwill in and brand recognition of the Drive Marks. Plaintiff has invested millions of dollars in ongoing efforts to market, advertise, and promote the Drive Marks in the United States.

COMPLAINT
*SANTANDER CONSUMER USA INC. V. DRIVE.CAR LLC, ET AL.*
CASE NO. 3:23-CV-00288-HRH – PAGE 4 OF 14

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:23-cv-00288-HRH   Document 1   Filed 12/21/23   Page 4 of 14

13. Plaintiff has developed an interactive website at <drive.us> that allows users to shop for vehicles and pre-qualify for loans. Plaintiff's Drive Customizer tool allows users to walk through the steps of the vehicle purchase or lease requirements, such as how a down payment and income impacts vehicle financing.

14. Plaintiff also advertises its services offered under the Drive Marks via social media accounts on the Instagram, X (formerly Twitter), Facebook, and TikTok platforms.

15. Plaintiff goes to great lengths to police the marketplace and enforce the Drive Marks to protect the public and the industry from deception and confusion. When it becomes aware of an infringer, Plaintiff will move to protect the Drive Marks by confronting the problem with what Plaintiff believes is an appropriate remedy, including sending cease and desist letters, and, if necessary, litigation.

**DEFENDANTS' WILLFUL AND KNOWING CONDUCT**

16. Upon information and belief, Defendants are using the Drive Marks in connection with auto financing and sales on its website at <drive.car> and in a brick-and-mortar location (the "Infringing Mark").

17. Upon information and belief, Defendants' use of the Infringing Mark in connection with auto financing and sales in the United States commenced years after Plaintiff started using the Drive Marks.

COMPLAINT
*SANTANDER CONSUMER USA INC. V. DRIVE.CAR LLC, ET AL.*
CASE NO. 3:23-CV-00288-HRH – PAGE 5 OF 14

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:23-cv-00288-HRH   Document 1   Filed 12/21/23   Page 5 of 14

18. Upon information and belief, like Plaintiff, Defendants' website allows users to complete loan applications and features a loan calculator where users can estimate loan payments.

19. On August 16, 2023, Plaintiff, through its attorneys, sent defendant Drive.car a letter demanding that Defendants stop using the Drive Marks in connection with Defendants' auto financing and sales services.

20. That same day, Defendant Grigsby left Plaintiff's counsel a voicemail noting that he found it "pretty hilarious" that Plaintiff owns registered rights for the Drive Marks and advised Plaintiff's counsel that "we're not ceasing and desisting so, you know, do what you got to do."

21. Upon information and belief, the products and services offered by Defendants under the Infringing Mark are identical or closely related to the products and services offered by Plaintiff under the Drive Marks.

22. Upon information and belief, the channels of trade through which Defendants have advertised and offered their products and services in the United States under the Infringing Mark are identical channels through which Plaintiff advertises and offers its products and services under the Drive Marks.

23. By promoting, supplying and providing services that are identical or closely related to Plaintiff's services using the Infringing Mark that is identical to the Drive Marks, Defendants are, upon information and belief, seeking to take unfair

COMPLAINT
*SANTANDER CONSUMER USA INC. V. DRIVE.CAR LLC, ET AL.*
CASE NO. 3:23-CV-00288-HRH – PAGE 6 OF 14

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:23-cv-00288-HRH   Document 1   Filed 12/21/23   Page 6 of 14

advantage of the goodwill and brand recognition in the Drive Marks that Plaintiff has developed over the past quarter century.

24. Despite actual and constructive knowledge of the Drive Marks, Defendants continue to promote, supply, offer and provide goods and services under marks identical or nearly identical to the Drive Marks throughout this District.

25. Upon information and belief, Defendants, due to the foregoing acts, intentionally, willfully, and knowingly adopted marks that are identical or nearly identical to the Drive Marks in, *inter alia*, an effort to trade on Plaintiff's goodwill and fame of the Drive Marks.

26. Plaintiff has not at any time authorized Defendants to promote, supply, offer, render, or provide the products and services bearing the Drive Marks or marks that resemble the Drive Marks.

27. Defendants' use of marks that are identical or nearly identical in connection with the promotion, supplying, offering of goods and services similar to Plaintiff, is likely to cause, and has caused, confusion, mistake, and deception by and among consumers and the industry, causing immediate and continuing irreparable harm to Plaintiff, and Defendants will continue to do so unless restrained by this Court.

## COUNT I

### Trademark Infringement (15 U.S.C. § 1114)

28. Plaintiff realleges and incorporates here by reference the allegations set forth above.

COMPLAINT
*SANTANDER CONSUMER USA INC. V. DRIVE.CAR LLC, ET AL.*
CASE NO. 3:23-CV-00288-HRH – PAGE 7 OF 14

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:23-cv-00288-HRH   Document 1   Filed 12/21/23   Page 7 of 14

29. Plaintiff's federally registered Drive Marks, and the goodwill of the business associated with it in the United States and throughout the world, are of exclusive and incalculable value.

30. The registered Drive Marks are highly distinctive and have become associated in the public's mind with services of the highest quality that originate exclusively with Plaintiff.

31. Without Plaintiff's authorization or consent, and having knowledge of Plaintiff's prior rights in the Drive Marks, Defendants promote, supply, offer and provide services under marks identical to the Drive Marks in United States commerce.

32. Defendants' infringing acts as alleged herein are likely to cause confusion, mistake, and deception among consumers and the industry as to the affiliation, connection, or association of Defendants with Plaintiff, and as to the origin, sponsorship, or approval of Defendants' products and services by Plaintiff, all to the damage and detriment of Plaintiff and its reputation, goodwill, and sales.

33. Defendants' acts constitute trademark infringement and counterfeiting in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

34. Upon information and belief, Defendants intend to continue their infringing acts, and will continue willfully to infringe the Drive Marks unless restrained by this Court.

35. As a direct and proximate result of Defendants' conduct, Plaintiff has been damaged and has no adequate remedy at law from the harm caused by Defendants'

COMPLAINT
*SANTANDER CONSUMER USA INC. V. DRIVE.CAR LLC, ET AL.*
CASE NO. 3:23-CV-00288-HRH – PAGE 8 OF 14

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:23-cv-00288-HRH   Document 1   Filed 12/21/23   Page 8 of 14

acts as alleged herein. Unless Defendants are permanently enjoined by this Court, Plaintiff will suffer irreparable harm.

## COUNT II

**False Designation of Origin and Unfair Competition (15 U.S.C. § 1125(a))**

36. Plaintiff realleges and incorporates here by reference the allegations set forth above.

37. Defendants' promotion, supply, offering and sale of goods and services under marks identical or nearly identical to the Drive Marks, as alleged herein, is likely to cause confusion, mistake or deception as to the affiliation, origin, sponsorship, or approval by Plaintiff of Defendants' commercial activities.

38. Defendants' acts constitute a false designation of origin, false and misleading descriptions and representations of fact, and unfair competition—all in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

39. Plaintiff has been damaged, and is likely to be further damaged, by the false description and representations as to the source of Defendants' products and services, because there is a substantial likelihood that consumers will be confused as to the source, sponsorship and affiliation of such products and services, and because consumers will believe such products and services originate with Plaintiff instead of Defendants.

COMPLAINT
*SANTANDER CONSUMER USA INC. V. DRIVE.CAR LLC, ET AL.*
CASE NO. 3:23-CV-00288-HRH – PAGE 9 OF 14

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:23-cv-00288-HRH   Document 1   Filed 12/21/23   Page 9 of 14

40. Defendants' acts have been and continue to be done with intent to cause confusion, mistake, and deception regarding the source and sponsorship of Defendants' products and services.

41. As a direct and proximate result of Defendants' conduct, Plaintiff has been damaged and has no adequate remedy at law from the harm caused by Defendants' acts as alleged herein. Unless Defendants are permanently enjoined by this Court, Plaintiff will suffer irreparable harm.

## COUNT III

**Violation of the Alaska Unfair Trade Practices and Consumer Protection Act (AS 45.50.471)**

42. Plaintiff realleges and incorporates here by reference the allegations set forth above.

43. With knowledge of the fame and distinctiveness of the Drive Marks, Defendants have intentionally traded on, and will continue to intentionally trade on, the goodwill associated with the Drive Marks by promoting, supplying, offering and providing goods and services that are identical or nearly identical to the goods and services provided under Plaintiff's Drive Marks.

44. Defendants' acts as alleged herein violate the Alaska Unfair Trade Practices and Consumer Protection Act, AS 45.50.471, because they constitute use in commerce of names and false designations of origin that are likely to cause confusion, mistake, or misunderstanding by consumers and the industry as to the affiliation,

COMPLAINT
*SANTANDER CONSUMER USA INC. V. DRIVE.CAR LLC, ET AL.*
CASE NO. 3:23-CV-00288-HRH – PAGE 10 OF 14

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:23-cv-00288-HRH   Document 1   Filed 12/21/23   Page 10 of 14

connection, or association of Defendants with Plaintiff, and as to sponsorship or approval of Defendants' products and services by Plaintiff, all to the detriment and damage of Plaintiff and the unjust enrichment of Defendants.

45. Plaintiff has no adequate remedy at law. If Defendants' activities are not enjoined, Plaintiff will suffer immediate and continuing irreparable harm and injury to its reputation and to the goodwill and distinctiveness in the Drive Marks.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1. Finding that: (i) Defendants have violated Section 32 of the Lanham Act, 15 U.S.C. § 1114 and Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); (ii) Defendants have engaged in unfair competition and false designation of origin under federal law and (iii) Defendants have engaged in unfair methods of competition and unfair deceptive acts and practices in the conduct of trade or commerce in violation of AS 45.50.471.

2. Granting an injunction permanently restraining and enjoining Defendants, their officers, agents, employees, and attorneys, and all those persons or entities in active concert or participation with them, or any of them anywhere, from:

(a) promoting, supplying, offering, rendering, and providing any goods and services that utilize Plaintiff's Drive Marks, or any other mark substantially or confusingly similar, without limitation, to Plaintiff's Drive Marks, and engaging in

COMPLAINT
*SANTANDER CONSUMER USA INC. V. DRIVE.CAR LLC, ET AL.*
CASE NO. 3:23-CV-00288-HRH – PAGE 11 OF 14

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:23-cv-00288-HRH   Document 1   Filed 12/21/23   Page 11 of 14

any other activity constituting an infringement of any of Plaintiff's rights in the Drive Marks or any other trademarks owned by Plaintiff;

(b) passing off, inducing, or enabling others to sell or pass off any product or service as originating with Plaintiff, which are not in fact a Plaintiff product or service, or not provided under the control and supervision of Plaintiff and approved by Plaintiff under the Drive Marks;

(c) engaging in any other activity constituting unfair competition with Plaintiff, or acts and practices that deceive the public and/or the trade, including, without limitation, the use of designations and indicia associated with Plaintiff;

(d) engaging in any activity that will diminish the unique and distinctive quality of Plaintiff's Drive Marks and harm the reputation and goodwill in Plaintiff's Drive Marks; and

(e) otherwise competing unfairly with Plaintiff in any manner.

3. Directing that Defendants remove any simulation, reproduction, counterfeit, copy, or colorable imitation of the Drive Marks, or any mark confusingly similar thereto, from any and all advertising in any medium and/or websites under its control, including, without limitation Defendants' websites and social media accounts.

4. Directing Defendants to transfer to Plaintiff the domain name <drive.car>.

5. Directing other such relief as the Court may deem appropriate to prevent the public from receiving any erroneous impression that any product or service at issue

COMPLAINT
*SANTANDER CONSUMER USA INC. V. DRIVE.CAR LLC, ET AL.*
CASE NO. 3:23-CV-00288-HRH – PAGE 12 OF 14

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:23-cv-00288-HRH   Document 1   Filed 12/21/23   Page 12 of 14

in this case, that has been advertised, marketed, promoted, rendered, supplied, distributed, sold, offered for sale, or provided by Defendants, has been authorized by Plaintiff, or is related to or associated in any way with Plaintiff or its products and services.

6. Directing Defendants to file with the Court and serve upon Plaintiff, within thirty (30) days after service upon Defendants of this Court's final judgment issued in this action, a statement, signed under oath, setting forth the manner and form in which Defendants have complied with the injunction herein.

7. Directing that Defendants account to and pay over to Plaintiff all profits realized by its wrongful acts and directing that such profits be trebled, as provided by law.

8. Awarding Plaintiff its actual damages in the amount to be proven at trial, trebled as provided for in AS 45.50.531(a) and/or other applicable law.

9. For an award of punitive damages in an amount to be proven at trial.

10. Awarding Plaintiff its costs, attorney fees, and investigatory fees and expenses to the full extent provided for by and relief under 15 U.S.C. §§ 1116-1118, and AS 45.50.537(a).

11. Awarding Plaintiff pre- and post-judgment interest on any monetary award made part of the judgment against Defendants.

12. Awarding Plaintiff such additional and further relief as the Court deems just and proper.

COMPLAINT
*SANTANDER CONSUMER USA INC. V. DRIVE.CAR LLC, ET AL.*
CASE NO. 3:23-CV-00288-HRH – PAGE 13 OF 14

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:23-cv-00288-HRH   Document 1   Filed 12/21/23   Page 13 of 14

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule 38(b), Plaintiff hereby demands a jury trial on all issues so triable that are raised by this Complaint.

Respectfully submitted,

Dated: December 21, 2023  By:   */s/Matthew Singer*
Matthew Singer, ABA No. 9911072
SCHWABE WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
907-339-7125
msinger@schwabe.com

H. Straat Tenney, *pro hac vice to be filed*
LOCKE LORD LLP
200 Vesey Street, 20th Floor
New York, NY 10281
212-912-2915
straat.tenney@lockelord.com

*Attorneys for Santander Consumer USA Inc.*

COMPLAINT
*SANTANDER CONSUMER USA INC. V. DRIVE.CAR LLC, ET AL.*
CASE NO. 3:23-CV-00288-HRH – PAGE 14 OF 14

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:23-cv-00288-HRH   Document 1   Filed 12/21/23   Page 14 of 14